COLLEEN BAL, State Bar No. 167637
cbal@wsgr.com
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
PETER C. HOLM, State Bar No. 299233
pholm@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Street
Spear Tower, Suite 3300
San Francisco, CA 94107
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

Attorneys for Defendant
Go Daddy Operating Company, LLC

ROBERT AHDOOT, State Bar No. 172098
rahdoot@ahdootwolfson.com
TINA WOLFSON, State Bar No. 174806
twolfson@ahdootwolfson.com
BRAD KIND, State Bar No. 274399
bking@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, CA 90069
Telephone:  (310) 474-9111
Facsimile:   (310) 474-8585

Attorneys for Plaintiff
John Pandol

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PANDOL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>GO DADDY OPERATING COMPANY, LLC,, a Delaware Corporation,<br><br>       Defendant. | CASE NO.:  2:15-cv-7794-DSF-KS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R. 8-3)**<br><br>Complaint served:  October 29, 2015<br>Current response date: November 19, 2015<br>New response date:  December 21, 2015 |

1    Pursuant to Local Rule 8-3, IT IS HEREBY STIPULATED AND AGREED

2  by and between the attorneys for the parties to this action that the time to answer,

3  move, or otherwise respond in any manner to Plaintiff's Complaint is extended for

4  Defendant from November 19, 2015 to December 21, 2015.

5    Plaintiff's Complaint was served on Defendant effective October 29, 2015.

6  Defendant's response is currently due on November 19, 2015.  The Parties have

7  stipulated to an extension of thirty (30) days, which means Defendant's response is

8  now due on December 21, 2015.

9    This is the first request for an extension of time to respond to Plaintiff's

10  Complaint, and it does not extend the time to respond by more than 30 days.

11    SO STIPULATED.

12

13  Dated:  November 16, 2015          WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation
14

15
                                       By:   /s/ Dale R. Bish
16                                                Dale R. Bish

17                                     Attorneys for Defendant
                                       Go Daddy Operating Company, LLC
18

19  Dated:  November 16, 2015          AHDOOT & WOLFSON, P.C.

20

21                                     By:   /s/ Tina Wolfson
                                                 Tina Wolfson
22

23                                     Attorneys for Plaintiff
                                       John Pandol
24

25

26

27

28

1

## CERTIFICATION

2     I, Dale R. Bish, am the ECF User whose identification and password are

3 being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO**

4 **INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R.8-**

5 **3)**.  In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Tina

6 Wolfson has concurred in this filing.

7 Dated:  November 16, 2015          WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
8

9
                                     By:   /s/ Dale R. Bish
10                                         Dale R. Bish

11                                   Attorneys for Defendant
                                     Go Daddy Operating Company, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28