COLLEEN BAL, State Bar No. 167637
cbal@wsgr.com
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
PETER C. HOLM, State Bar No. 299233
pholm@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Street
Spear Tower, Suite 3300
San Francisco, CA 94107
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendant
Go Daddy Operating Company, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PANDOL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GO DADDY OPERATING COMPANY, LLC,, a Delaware Corporation,<br><br>Defendant. | CASE NO.: 2:15-cv-7794-DSF-KS<br><br>**DEFENDANT GO DADDY OPERATING COMPANY, LLC'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned counsel discloses as follows:

1. Defendant Go Daddy Operating Company, LLC ("GoDaddy") is a wholly-owned subsidiary of Desert Newco, LLC;
2. KKR & Co. L.P., a publically held limited partnership, indirectly owns through its controlled affiliates more than 10% of the membership interests in Desert Newco, LLC; and
3. GoDaddy has tendered a claim to its insurance carrier, National Union Fire Insurance Company of Pittsburgh, Pa, which has responded that there is no coverage under the policy for the matter and is maintaining a full reservation of rights.

Dated: November 16, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dale R. Bish
      Dale R. Bish

Attorneys for Defendant
Go Daddy Operating Company, LLC